IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MARYLAND SINGLETON**                                                 **PLAINTIFF**

**VS.**                                                 **Civil Action No.  3:06cv79 HTW-LRA**

**THE CITY OF JACKSON, A MUNICIPAL
CORPORATION, DETENTION OFFICER LARRY
DAVIS, in his individual and official capacity,
DETENTION OFFICER CORNELIUS JOHNSON,
in his individual and official capacity, DETENTION
OFFICER TONY COLLINS, in his individual and
official capacity, DETENTION OFFICER BILLY
SLAUGHTER, in his individual and official capacity,
DETENTION OFFICER TINA WILLIAMS, in her
individual and official capacity, DETENTION OFFICER
DELORIS BERRY, in her individual and official capacity,
and JOHN DOES 1-25**                                    **DEFENDANTS**

## JUDGMENT ON JURY VERDICT

This civil action having come on for trial before this Court and a jury commencing on the 7th day of September, 2010, the Honorable Henry T. Wingate, United States District Court Judge, presiding, wherein the Plaintiff, Maryland Singleton, and the Defendants, Cornelius Johnson, Tony Collins and Billy Slaughter, appeared and announced ready for trial, and a jury having been duly selected, empaneled and sworn, and having heard testimony, arguments of counsel, received evidence and the charge of the Court, on their oath did on the 10th day of September, 2010, for their verdict did find as follows:

### 1. Cornelius Johnson

     X      We, the jury, find by a preponderance of the evidence for plaintiff on his claim against Officer Cornelius Johnson.

**OR**

   _____   We, the jury, find for the defendant, Officer Cornelius Johnson, and against the plaintiff.

### 2. Tony Collins

   \_\_\_X\_\_\_   We, the jury, find by a preponderance of the evidence for plaintiff on his claim against Officer Tony Collins.

**OR**

   _____   We, the jury, find for the defendant, Officer Tony Collins, and against the plaintiff.

### 3. Billy Slaughter

   \_\_\_X\_\_\_   We, the jury, find by a preponderance of the evidence for plaintiff on his claim against Officer Billy Slaughter.

**OR**

   _____   We, the jury, find for the defendant, Officer Billy Slaughter, and against the plaintiff.

If you have found for all of the defendants, GO NO FURTHER, SIGN THE FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A UNANIMOUS VERDICT.

If you have found for the plaintiff against any defendant, then proceed to the next section.

What is the total amount of damages which you find plaintiff has sustained? Below are categories for your consideration.

1. $14,035.20    Reasonable expenses for hospitalization and medical care and treatment received by plaintiff

2. $50,000.00    Pain and suffering, mental anguish, loss of capacity for enjoyment of life experienced by plaintiff

3. $0    Disfigurement

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the Plaintiff, Maryland Singleton, be, and hereby is, awarded judgment in the amount of Sixty Four Thousand Thirty

Five Dollars and Twenty Cents ($64,035.20) of, from and against the Defendants, Cornelius Johnson, Tony Collins, and Billy Slaughter, jointly and severally.

**SO ORDERED AND ADJUDGED** this the 15th day of September, 2010.

s/ HENRY T. WINGATE
CHIEF JUDGE
UNITED STATES DISTRICT COURT


Prepared by:

/s/Jeanine M. Carafello
Jeanine M. Carafello (MSB #10487)
M. Judith Barnett, P.A.
1764 Lelia Drive
Jackson, MS 39216
(601) 981-4450
jcarafello@comcast.net
Of Counsel for Plaintiff

**Civil Action No. 3:06cv79 HTW-LRA**
**Judgment**